```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 07398
   DOUGLAS AUSTIN
   BARBARA J AUSTIN                           CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-1269     SSN XXX-XX-8827

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/23/2006 and was confirmed 10/05/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/10/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
AMERICA SERVICING COMPAN  CURRENT MORTG         .00            .00           .00
AMERICA SERVICING COMPAN  MORTGAGE ARRE     9028.74            .00       9028.74
CELEBRITY RESORTS         SECURED NOT I         .00            .00           .00
GREEN TREE MORTGAGE SERV  CURRENT MORTG         .00            .00           .00
GREEN TREE MORTGAGE SERV  MORTGAGE ARRE     1380.00            .00       1380.00
AMEX                      UNSEC W/INTER  NOT FILED             .00           .00
AMERICAN EXPRESS CENTURI  UNSEC W/INTER     4969.87         526.77       4969.87
AMEX                      UNSEC W/INTER  NOT FILED             .00           .00
AMERICAN EXPRESS TRAVEL   UNSEC W/INTER      839.30          88.99        839.30
BLAIR CORPORATION         UNSEC W/INTER  NOT FILED             .00           .00
CAPITAL ONE               UNSEC W/INTER      461.25          48.86        461.25
CBUSASEARS                UNSEC W/INTER  NOT FILED             .00           .00
CHASE                     UNSEC W/INTER     8015.29         849.54       8015.29
CITIFINANCIAL             UNSEC W/INTER  NOT FILED             .00           .00
GEMB SAMS                 UNSEC W/INTER  NOT FILED             .00           .00
SMC % CARSON PIRIE SCOTT  UNSEC W/INTER      231.62          24.80        231.62
ECAST SETTLEMENT CORP     UNSEC W/INTER     8019.01         849.87       8019.01
SOUTH DIVISION C U        UNSEC W/INTER  NOT FILED             .00           .00
WELLS FARGO FINANCIAL BA  UNSEC W/INTER     2014.84         213.60       2014.84
LEGAL REMEDIES CHARTERED  DEBTOR ATTY       1,483.00                    1,483.00
TOM VAUGHN                TRUSTEE                                       2,875.06
DEBTOR REFUND             REFUND                                          334.12

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 42,254.53

PRIORITY                                                   .00
SECURED                                              10,408.74
UNSECURED                                            24,551.18

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07398 DOUGLAS AUSTIN & BARBARA J AUSTIN
```

```
       INTEREST                                           2,602.43
ADMINISTRATIVE                                            1,483.00
TRUSTEE COMPENSATION                                      2,875.06
DEBTOR REFUND                                               334.12
                                  ---------------   ---------------
TOTALS                                  42,254.53         42,254.53
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 02/26/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```